UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CASE NO. 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

## GOVERNMENT'S REQUESTED VOIR DIRE

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, hereby requests the Court to ask the following questions of the jury panel during jury selection.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ROBERT E. O'NEILL
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　By:　　*s/ Douglas Molloy*
　　　　　　　　　　　　　　DOUGLAS MOLLOY
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　Bar No. 0316717
　　　　　　　　　　　　　　2110 First Street, Suite 3-137
　　　　　　　　　　　　　　Fort Myers, Florida  33901
　　　　　　　　　　　　　　Telephone:   (239) 461-2200
　　　　　　　　　　　　　　Facsimile:   (239) 461-2219
　　　　　　　　　　　　　　Email:  douglas.molloy@usdoj.gov

U.S. v. DEBRA ROGGOW  Case No. 2:11-cr-114-FtM-29SPC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lee Hollander
leehollander@hollanderandhanuka.com

Amira Fox
amira@foxramunni.com

*s/ Douglas Molloy*
DOUGLAS MOLLOY
Assistant United States Attorney
Bar No. 0316717
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
Email: douglas.molloy@usdoj.gov

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 1

Please state your full name.

What is your occupation? If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed? If so, what type of work does he or she do?

Do you have any children of working age?

If so, how many and what type of work do they do?

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 2

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve? Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 3

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, FBI, DEA, IRS, or any state or other federal law enforcement agency?

If so, who do you know? What does that person do? What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 4

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 5

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 6

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 7

Has anyone ever been a witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in? Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 8

Has any member of the jury panel ever been employed in health care in any capacity? Has any member of your family been employed in health care or the medical profession?

Is there anything in the experience which you went through with respect to being employed in health care which could in any way affect your ability to be a fair and impartial juror?

Have you had an experience with someone in a medical profession, either good or bad, that would affect your decision as to the guilt or innocence of the defendant, if you were selected as a juror?

Have you ever taken pain medication?

The defendant in this case is charged with prescribing pain medication outside the scope of accepted medical practice. Have you had an experience, good or bad, with the taking of pain medication that would affect your ability to be a fail and impartial juror?

Have you, or anyone in your family, been involved with the pharmaceutical industry?

Have you, or anyone in your family, experience chronic pain?

If so, how was it treated?

Is there anything about your experience with doctors or the medical profession you think the prosecution, or the defense, ought to know?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the United States Drug Enforcement Administration, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 10

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgement of another person's actions?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?