UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

**GOVERNMENT'S EXPEDITED RESPONSE TO**
**DEFENDANT'S MOTION TO COMPEL DISCLOSURE**

The United States of America, having received a request from the Court for an expedited response to the Defendant's Motion to Compel Disclosure, would inform the Court as follows:

1. The Government met with the defense attorneys this morning, and informed them they were provided in discovery the report regarding witness Jane Goff, Bates stamped 3982.

2. The Government also informed the defense that there was no exsisting reports regarding the witness Dr. Keith Sutko, and to the Government's knowledge no exculpatory evidence exists.

3. The undersigned Assistant United States Attorney doesn't take offense at much, but the allegation in the Motion to Compel Discovery that the Government did not supply full discovery, and that "despite repeated requests, these reports have not been produced," is disrespectful and false, as to this document or any other in this case. There is no truth to this assertion, or the assertion that any *Brady* materials have not been supplied to the defense. The

Government has worked diligently with the defense, meeting almost once a week in the past few months, to insure they had all discovery. There have been no "repeated requests" that were ignored in the whole discovery process about any document, report, or patient file.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

By:   *s/ Douglas Molloy*
      DOUGLAS MOLLOY
      Assistant United States Attorney
      Bar No. 0316717
      2110 First Street, Suite 3-137
      Fort Myers, Florida 33901
      Telephone: (239) 461-2200
      Facsimile: (239) 461-2219
      E-mail: douglas.molloy@usdoj.gov

U.S. v. DEBRA ROGGOW   CASE NO. 2:11-cr-114-FtM-29SPC

**<u>Certificate of Service</u>**

I hereby certify that on June 8, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Lee Hollander
>leehollander@hollanderandhanuka.com
>
>Amira Fox
>amira@foxramunni.com

            *s/ Douglas Molloy*
            Douglas Molloy
            Assistant United States Attorney