UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 2:11-Cr-114-FtM-29SPC

DEBRA ROGGOW

## DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO QUASH SUBPOENA

COMES NOW, the Defendant, DEBRA ROGGOW, and respectfully requests this Honorable Court to deny the government's Motion to Quash Subpoena, and as grounds therefore would state as follows:

1. Defendant is presently charged by indictment with ten counts of dispensing Schedule II and IV controlled substances outside the scope of professional practice, and is set for jury trial beginning June 12, 2012.

2. On March 30, 2011, federal agents executed a search warrant on a storage unit, and seized 54 boxes of patient files belonging to Debra Roggow.

3. Those files are being stored at the DEA office in Ft. Myers, and TFO Baginski is the custodian at the present by time.

4. The defense needs to be able to access the files in those boxes based on the course of the trial, and therefore issued a subpoena to TFO Baginski to make the files available at the courthouse during the trial.

5. The files may be relevant to show jurors that Debra Roggow had a doctor-patient relationship with all her patients, including the ones named in the indictment. A large portion of Debra Roggow's patients were not treated with opioids at all. Another portion were treated with

low doses of opioids.

_____6. While the government provided access to the files at the DEA office, the copying of the files relating to the patients identified in the indictment, and potential 404(b) patient files, cost over $10,000.00. It is financially impossible, and would be a waste of time and effort, to copy the remaining files so that the defense has a complete duplicate copy.

## MEMORANDUM OF LAW

Some of the issues in a case such as this are what constitutes the usual course of professional practice and legitimate medical purpose.. The defense submits that reference to patients, other than those specified in the indictment and the government's 404(b) notice, may be necessary to mount a defense to the charges, and the time delay to travel to the DEA office, locate the desired files, and to travel back to Court would be very disruptive to the trial of this case.

The government, having seized *all* the files, now attempts to limit the defense access to the files they have in their possession.

WHEREFORE, Defendant respectfully requests the Court grant this motion, and order the government to make the files it seized available at the courthouse.

Respectfully submitted,

_____
LEE HOLLANDER, ESQUIRE
Law Office of Hollander and Hanuka
2681 Airport Road, S., Suite C-101
Naples, Florida 34112
(239)530-1800
Florida Bar No. 288705

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by ( ) regular U.S. Mail, ( ) hand-delivery, (X) CM/ECF, and/or ( ) fax to counsel of record, this 9th day of June, 2012.

                                                            _____
                                                            LEE HOLLANDER, ESQUIRE