UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:11-cr-114-FtM-29SPC

DEBRA ROGGOW

**GOVERNMENT'S EXPEDITED RESPONSE TO
DEFENDANT'S MOTION TO COMPEL DISCLOSURE**

The United States of America, having received a request from the Court for an expedited response to the second Defendant's Motion to Compel Disclosure, would inform the Court as follows:

1.  All materials provided by the Government to Dr. Ted Parran (which the Government assumes is the witness that is the source of the Defendant's motion, as the witness is listed by another name in the body of the motion) and Paul Doering (who is not listed in the body of the motion, but referred to by last name in the motion's title) have been provided to the Defendant early in the discovery procedure.

2.  The Government also informed the defense early in the discovery procedure exactly what materials Dr. Parran and Mr. Doering reviewed, but will repeat them for the purpose of this response: Dr. Parran reviewed the patient files, D.E.A. reports, and pharmacy records of the following victims:

        Charles Farabee

        Jeff Giompalo

        Tony Brooks

        Susan Helton

        Lori Corrochano.

Mr. Doering reviewed only the D.E.A. reports and the pharmacy records of those victims.

3. The undersigned Assistant United States Attorney was and is available to the defense at all times during the discovery procedure, even to the point of personally hand-delivering discovery to the defenses' two offices, and was available all Friday afternoon, June 8, 2012, the date and time the motion was filed. The above-titled motion was and is totally unnecessary. The Government earnestly attempted to assist the defense for months regarding discovery, including this very week before trial, finding materials they possess *for them* via their request by telephone and e-mail, and making copies for them. The Government was hoping to avoid this flurry of last minute motions, which is

tending or intended to cause unnecessary delay in the Government's preparation of this case.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ Douglas Molloy*
DOUGLAS MOLLOY
Assistant United States Attorney
Bar No. 0316717
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: douglas.molloy@usdoj.gov

U.S. v. DEBRA ROGGOW                CASE NO. 2:11-cr-114-FtM-29SPC

## Certificate of Service

I hereby certify that on June 8, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Lee Hollander
    leehollander@hollanderandhanuka.com

    Amira Fox
    amira@foxramunni.com


                                            *s/ Douglas Molloy*
                                            DOUGLAS MOLLOY
                                            Assistant United States Attorney