UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                             2:11-cr-114-FtM-29SPC

DEBRA ROGGOW
_____

### ORDER

This matter comes before the Court on various motions or documents which have been docketed as motions. These have essentially been resolved during the trial, as set forth below.

Accordingly, it is now

**ORDERED**:

1. The Motion in Limine (Doc. #35) is **GRANTED IN PART** as stated on the record during the trial.

2. The Government's Notice of Estimated Length of Trial and Request for Hearing (Doc. #40) is **GRANTED** to the extent that the Court heard argument from counsel before and during the trial.

3. The Government's Motion to Quash Subpoena Served by Defendant and Directed to Agents and Agencies of the United States (Doc. #42) is **GRANTED IN PART AND DENIED IN PART**. The motion is denied except as to the medical files related to the ten patients named in the Indictment, which were produced by the government at the trial and admitted as defense exhibits.

4. The Government's Memorandum of Law Concerning the Use of Summary Evidence (Doc. #47) does not request specific relief and is terminated as a motion.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of June, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record